IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDRE J. BALL, JR.,

    Plaintiff,

v.

DANCOR TRANSIT, INC., TIMOTHY
DENTON, JOHN DOE, AND UNITED STATES
FIRE INSURANCE COMPANY,

    Defendants.

CIVIL ACTION FILE
NUMBER

## DEFENDANTS DANCOR TRANSIT, INC., TIMOTHY DENTON, AND UNITED STATES FIRE INSURANCE COMPANY'S NOTICE OF REMOVAL

1.

    Plaintiff Andre J. Ball filed civil action file number 21-C-03028-S5 against Defendants Dancor Transit, Inc., Timothy Denton, John Doe, and United States Fire Insurance Company in the State Court of Gwinnett County, Georgia April 19, 2021. Defendants Dancor Transit, Inc., Timothy Denton, and United States Fire Insurance Company attached copies of the applicable Summons and Complaint for Damages as Exhibit "A" and their Answer as Exhibit "B."

2.

    The Plaintiff was a citizen and a resident of Georgia when he filed the Summons and Complaint for Damages. § 1, Exhibit "A"; § 1, Exhibit "B"

3.

Defendant Dancor Transit was an Arkansas corporation with its principal place of business in Arkansas when the Plaintiff filed the Summons and Complaint for Damages. § 2, Exhibit "B."

4.

Defendant Timothy Denton was a citizen and resident of Tennessee when the Plaintiff filed the Summons and Complaint for Damages. § 3, Exhibit "B."

5.

Defendant United States Fire Insurance Company was a New York corporation with its principal place of business in New Jersey when the Plaintiff filed the Summons and Complaint for Damages. § 5, Exhibit "B."

5.

There is complete diversity of citizenship in this case.

6.

This personal injury action arises from a motor vehicle collision and Plaintiff claims serious personal injuries, past, present, and future pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, economic losses, incidental expenses, past, present, and future medical expenses, lost earnings, loss of earning capacity, permanent injuries, consequential damages,

punitive damages, and past medical expenses totaling $164,172.00. §§ 36, 37, 38, Exhibit "A". Therefore, the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7.

This civil action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 1446(b). In accordance with 28 U.S.C. § 1332(a), there exists a complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy, exclusive of interest and cost, exceeds $75,000.

8.

All Defendants whom Plaintiff properly served with the Summons and Complaint consent to the removal of this civil action.

9.

Defendants notify the Court, the Clerk, and all parties within thirty days after service and receipt of the Summons and Complaint filed in the State Court of Gwinnett County that they removed this civil action to this Court pursuant to 28 U.S.C. § 1446 and Fed. R. Civ. P. 11.

DENNIS, CORRY, SMITH & DIXON, LLP


/S/ *John D. Dixon*
JOHN D. DIXON
Georgia Bar No. 223376

/S/ *William B. Pate*
WILLIAM B. PATE
Georgia Bar No. 793099
For the Firm
Attorneys for Defendants Dancor,
Denton, and U.S. Fire

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia  30339
(404) 926-3657
(404)365-0134 Facsimile
Jdixon@dcplaw.com
wpate@dcplaw.com

## CERTIFICATE OF SERVICE

I electronically filed **DEFENDANTS DANCOR TRANSIT, INC.,
TIMOTHY DENTON, AND UNITED STATES FIRE INSURANCE COMPANY'S
NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF
system which will automatically send email notification of such
filing to the following attorneys of record:

    Danielle A. McCray, Esq.
    Steven Loube, Esq.
    Lowe Law Firm, P.C.
    3644 Chamblee Tucker Road
    Suite F
    Atlanta, GA  30341

I also mailed by United States Postal Service the document
to the following non-CM/ECF participants:  None.

This 21st day of May, 2021.


                         /S/ *John D. Dixon*
                         JOHN D. DIXON
                         For the Firm



2665-14269(JDD)