IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ANDRE J. BALL, JR., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | 1:21-cv-02149-LMM |
| v. | : | |
| | : | |
| DANCOR TRANSIT, INC., *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

On December 8, 2021, Defendants in this matter notified the Court that the parties have reached a settlement. Accordingly, this case is **ADMINISTRATIVELY CLOSED** pending the parties' filing the dismissal.[1] The parties are **DIRECTED** to file within THIRTY (30) days of the date of this Order either (1) the necessary documents to dismiss this case or (2) a joint status update notifying the Court why they are unable to file such documents.

**IT IS SO ORDERED** this 8th day of December, 2021.

_____
**Leigh Martin May**
**United States District Judge**

---

[1] Administrative closure of a case does not prejudice the rights of the parties to litigation in any manner. The parties may move to re-open an administratively closed case at any time.