```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

ANDRE J. BALL, JR.,

    Plaintiff,

v.

DANCOR TRANSIT, INC., TIMOTHY DENTON, JOHN DOE, AND UNITED STATES FIRE INSURANCE COMPANY,

    Defendants.

CIVIL ACTION FILE NUMBER 1:21-cv-02149-LMM

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to the above-styled civil action stipulate that this action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs.

                        THE ALEEM LAW FIRM, LLC

                        /s/ Tarek S. Abdel-Aleem
                        TAREK S. ABDEL-ALEEM, ESQ.
                        Georgia bar number 946317

3284 Northside Pkwy, NW
Suite 575
Atlanta, GA 30327
(404) 220-9178
(678) 941-9460
Tarek@aleemlaw.com
Attorney for Plaintiff

          DENNIS, CORRY, SMITH & DIXON, LLP

          /s/ John D. Dixon
          JOHN D. DIXON, ESQ.
          Georgia bar number 223376

          /s/ William B. Pate
          William B. Pate, ESQ.
          Georgia bar number 793099
          Attorneys for Defendant
          For the Firm

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 926-3658
(404) 365-0134 Facsimile
Jdixon@dcplaw.com
wpate@dcplaw.com

**CERTIFICATE OF SERVICE**

I electronically filed this **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

```
Tarek S. Abdel-Aleem, Esq.
Michael T. McCulley, Esq.
The Aleem Law Firm LLC
3284 Northside Pkwy, NW
Suite 575
Atlanta, GA  30327

Jessica Woghiren, Esq.
The JW Law Firm
4936 Presidents Way
Tucker, GA  30084
```

I also certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

This 14th day of January, 2022.

> s/William B. Pate
> WILLIAM B. Pate, ESQ.
> For the Firm

2665-14269(JDD)